**Electronically Filed
Supreme Court
SCPW-25-0000401
23-JUL-2025
01:34 PM
Dkt. 4 ODDP**

SCPW-25-0000401

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GABI KIM COLLINS,
Petitioner,

vs.

THE HONORABLE PRESIDING JUDGE,
District Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

PUʻU HELEAKALA COMMUNITY ASSOCIATION, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-21-0000224; CASE NO. 1RC181007771)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed May 12, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek the relief sought in this original proceeding. An extraordinary writ is unwarranted. <u>See</u>

<u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, July 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens